Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VIII

| | | |
|---|---|---|
| ESTRELLA HOMES III, LLC<br><br>*Recurrida*<br><br>v.<br><br>RAY LEONERDIRT DÍAZ SANTIAGO<br><br>*Peticionario* | KLCE202500242 | *Certiorari*<br>procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.:<br>K CD2015-1716<br>(Sala 508)<br><br>Sobre:<br>Ejecución de Hipoteca |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Adames Soto y la Jueza Santiago Calderón

Santiago Calderón, Jueza Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de marzo de 2025.

Atendida la *Moción Urgente Combinada de Certiorari y Suspensión Inmediata de Lanzamiento* acogida como una solicitud en auxilio de jurisdicción, así como el recurso de *Certiorari* presentado por el peticionario, Ray Leonerdirt Díaz Santiago, disponemos lo siguiente:

No Ha Lugar a la solicitud en auxilio de jurisdicción.

En cuanto al recurso de *certiorari*, se deniega su expedición. Véase la Regla 70 del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 70.

**Notifíquese inmediatamente**.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2025_____